UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
D.A.N. JOINT VENTURE III, LP        :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :
                                    :    Civil No. 3:04CV546 (RNC)
JAMES M. COADY, JOANNE L. COADY,    :
AND CONSTITUTION SECURITIES OF      :
FLORIDA, INC.                       :
                                    :
        Defendants.                 :
_____:
```

## RULING ON PENDING MOTIONS

The movant, James M. Coady, is a dismissed defendant in this suit. He has filed a Motion to Quash (Doc. # 93) subpoenas issued by jurisdictions other than the District of Connecticut. In response, the plaintiff has filed an "Emergency" Motion for Expedited Consideration of the Motion to Quash (Doc. # 97), which the court hereby GRANTS.

Because the subpoenas which the movant seeks to quash were issued by other federal courts, this court has no jurisdiction to grant the movant's motion. See Fed. R. Civ. P. 45(c)(1). "[O]nly the issuing court has the power to grant a motion to quash or modify the subpoena." 9 Moore's Fed. Practice (3d ed.), § 45.50[4] (2007). The Motion to Quash (Doc. #93) is therefore DENIED.

Dated at Hartford, Connecticut, this 13th day of March, 2008.

1

_____/s/_____
Donna F. Martinez, United States Magistrate Judge